UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| STAR ELAINE KNIGHT, | Civil No. 2:16-CV-00589-RBL |
| Plaintiff, | |
| vs. | ORDER |
| CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security, | |
| Defendant. | |

Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's applications for disability insurance benefits under Title II of the Social Security Act be REVERSED and REMANDED to the Commissioner of Social Security for further administrative proceedings before an Administrative Law Judge and a new decision.   On remand, the ALJ will reassess the severity of Plaintiff's back disorder at step 2 of the sequential evaluation process and proceed through the sequential evaluation process as warranted.

This Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. §405(g) with a remand of the case to the Commissioner for further proceedings. *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991).  Plaintiff will be entitled to reasonable attorney fees

Page 1       ORDER - [2:16-CV-00589-RBL]

and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), upon proper request to this Court.

      DATED this 29th day of November, 2016.

Ronald B. Leighton
United States District Judge

Presented by:

s/ Jeffrey R. McClain
JEFFREY R. MCCLAIN
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (866) 964-6291 x 28241
Fax: (206) 615-2531
jeffrey.mcclain@ssa.gov

Page 2    ORDER - [2:16-CV-00589-RBL]